1

Christian J. Younger, Bar No.: 222983
**FRIEND YOUNGER, PC**
11230 Gold Express Drive, Suite 305
Gold River, CA 95670
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA-MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>MICHELLE DENISE TETENS,<br><br>Debtor. | Case No: 16-90545<br>DCN: CJY-2<br><br>Chapter 13<br><br>DATE: April 18, 2017<br>TIME: 10:00 a.m.<br>PLACE: 1200 I Street, Suite 4, Modesto, CA |

## MOTION TO SELL REAL PROPERTY

1. Debtor hereby requests an order allowing her permission to sell real property located at 966 Hickman Road, Hickman, California for the reasons set forth in the Declaration of Michelle Denise Tetens, filed concurrently herewith.
2. The Trustee shall approve the title company to be used in connection with the sale.
3. The Trustee shall approve the estimated closing statement to be prepared in connection with the sale, and when approved, disbursement may only be made in accordance with the approved closing statement.
4. Debtor requests the waiver of the 14 day stay pursuant to Bankruptcy Rule 6004(h).

Dated: 3/21/17

By: FRIEND YOUNGER, PC

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtor